STATE OF NORTH CAROLINA v. ALBERT LOCKLEAR,
ALIAS, BUDDY LOCKLEAR

No. 7216SC784

(Filed 20 December 1972)

APPEAL by defendant from *Hobgood, Judge,* 26 June 1972
Session of Superior Court held in SCOTLAND County.

Defendant appeals from a judgment of imprisonment im-
posed upon his plea of guilty to a charge of armed robbery.

*Attorney General Robert Morgan by Assistant Attorney
General Raymond W. Dew, Jr., for the State.*

*James W. Mason for defendant appellant.*

CAMPBELL, Judge.

The defendant entered a plea of guilty to a bill of indict-
ment charging him with armed robbery.

The record supports the adjudication of the trial judge to
the effect that defendant's plea of guilty was freely, under-
standingly and voluntarily made. No error appears in the
record. We find and hold that defendant had a fair trial free
from prejudicial error.

No error.

Judges BROCK and GRAHAM concur.